# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>BENJAMIN DAVID HARBIN<br><br>*Defendant(s)* | Case No. 20-mj-00045-NRN |

## CRIMINAL COMPLAINT

I am the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Nov. 27, 2019 to Jan. 13, 2020 in the county of Mesa in the _____ District of Colorado, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2251(a) and (e) | Production of Child Pornography |
| 18 U.S.C. Section 2422(b) | Coercion and Enticement |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/ Alex J. Zappe
*Complainant's signature*

Alex J. Zappe, Special Agent, FBI
*Printed name and title*

Sworn to before me and ☐ signed in my presence ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 03/27/2020

City and state: Denver, Colorado

N. Reid Neureiter
*Judge's signature*

Magistrate Judge N. Reid Neureiter
*Printed name and title*