# AFFIDAVIT

I, Alex J. Zappe, being a duly sworn Special Agent with the Federal Bureau of Investigation, swear under the penalty of perjury, that the following statement is true and correct to the best of my knowledge and belief and is based on the following facts:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), currently assigned to the Denver Division, Grand Junction Resident Agency. As such, I am an investigative or law enforcement agent of the United States authorized under Title 18, United States Code, Section 3052, that is, an officer of the United States who is empowered by law to conduct investigations, to make arrests, and collect evidence for various violations of federal law. I have been employed as a Special Agent of the FBI since February 2004.

2. I have experience in conducting investigations involving financial fraud, public corruption, drug trafficking, violent crimes, gangs, crimes aboard aircraft, human trafficking, cyber-related matters, and sensitive investigations involving International and Domestic Terrorism.

3. As part of my duties, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A.  I have received training and instruction in the field of investigation of child pornography and have had the opportunity to participate in investigations relating to the sexual exploitation of children.  As part of my training and experience, I have reviewed images containing child pornography in a variety of formats (such as digital still images and video images) and media (such as storage devices, the Internet, and printed images).

4. Through my experience and training, I have become familiar with activities of individuals engaged in illegal activities, to include their techniques, methods, language, and terms, as well as techniques to conceal or disguise their actions in efforts to evade efforts by law enforcement agencies. During my career, my investigations have included the use of various surveillance techniques and the execution of numerous search, seizure, and arrest warrants.

5. This affidavit is submitted in support of an application of a complaint for the arrest of Benjamin David Harbin (HARBIN), for violations of Title 18, United States Code, Sections 2251(a) and (e) and 2422(b).

6. Because this affidavit is being submitted for the limited purpose of securing a complaint, I have not included each and every fact known to me concerning this investigation.

7. The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers involved in this investigation.

## RELEVANT STATUTES

8. This investigation concerns alleged violations of 18 U.S.C. Sections 2251(a) and (e) and 2422(b).

9. 18 U.S.C. Section 2251(a) and (e) prohibits a person from employing, using, persuading, inducing, enticing or coercing a minor to engage in any sexually explicit conduct (child pornography) for the purpose of

producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, or attempting to do so.

10. 18 U.S.C. Section 2422(b) prohibits a person from using the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempting to do so.

## **DEFINITIONS**

11. The following definitions apply to this Affidavit.

12. "Child Pornography" includes the definition in 18 U.S.C. § 2256(8) (any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct).

13. "Visual depictions" includes prints, copies of visual images, developed and undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image See 18 U.S.C. § 2256(5).

14. "Child Erotica" means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not, in and of themselves, obscene or that do not necessarily depict minors in sexually explicit poses or positions.

15. "IP Address" means Internet Protocol address, which is a unique numeric address used by computers on the Internet. Every computer attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

16. "Internet" means a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

17. In this affidavit, the terms "computers" or "digital storage media" or "digital storage devices" may be used interchangeably, and are intended to include any physical object upon which computer data can be recorded as well as all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices capable of performing logical, arithmetic, or storage functions, including desktop and laptop computers, mobile phones, tablets, server computers, game consoles, network hardware, hard disk drives, RAM, floppy disks, flash memory, CDs, DVDs, and other magnetic or optical storage media.

18. "Instagram" – Instagram, LLC, is a social-networking company owned by Facebook, Inc. and headquartered in San Francisco, California. Instagram owns and operates a free-access social-networking website that allows its users to create their own profile pages, which can include a short biography, a photo of themselves, and other information. Users can access Instagram through the Instagram website or by

using a special electronic application ("app") created by the company that allows users to access the service through a mobile device. Instagram permits users to post photos to their profiles on Instagram and otherwise share photos with others on Instagram, as well as certain other social-media services, including Flickr, Facebook, and Twitter. Upon creating an Instagram account, an Instagram user must create a unique Instagram username and an account password. Instagram allow users to post and share various types of user content, including photos, videos, captions, comments, and other materials. Instagram users may send photos and videos to select individuals or groups via Instagram Direct, thus having a private one-on-one conversation between two users. I know based on my experience and training that photos shared on Instagram through the direct messaging feature are only viewable by the parties one or two times before they are inaccessible.  I also know that Instagram does not capture or retain photos shared in this manner. However, some photos and other shared content between users are retained by Instagram. Users may also use a feature to have live video between each other. Live video and live phot sharing content are not captured or retained. An event of a live video session is logged and stored by Instagram, but no video content is stored.

## INVESTIGATION

### *Instagram Communications with VIC1 and VIC2*

19. On January 2, 2020, the Cheektowaga Police Department, of Cheektowaga, New York, requested the assistance of the FBI, Buffalo Division in a matter involving the enticement and online sexual exploitation of an 8-year-old girl, whose name and identity is known to the FBI and identified herein "Minor #1". The exploitation was facilitated through the mobile telephone app Instagram by an individual utilizing the username "cuteboy4110".

20. On January 28, 2020, Minor #1 was interviewed at the Child Advocacy Center in Buffalo, NY. Minor #1 explained she installed the Instagram application to her mobile phone and thereafter was "followed" by two individuals. One of those individuals used the Instagram account username of "cuteboy4110" (hereafter referred to as SUB1). This individual contacted Minor #1 through Instagram and identified himself as "David" and told Minor #1 he was 24 years old. VIC1 further disclosed during the recorded interview that Minor #1 had requested naked pictures of her vagina and she did in fact take pictures of her vagina and send those pictures to SUB1 as requested through her Instagram account to SUB1's Instagram account.  Minor #1 further stated that SUB1 sent her a picture of his penis.

21. Further investigation by an FBI Task Force Officer involved a physical review of the cell phone used by Minor #1 to communicate with SUB1. The communications between SUB1 and Minor #1 occurred between November 27, 2019 and December 3, 2019.  During the FBI TFO's review of Minor #1's phone, screen-shots were taken of the conversation between Minor #1 and SUB1 by the FBI TFO, which I have reviewed as part of this investigation. From the conversation string, it is clear that photos were exchanged back and forth between Minor #1 and SUB1. This is evidenced by a photo icon that appears on the screen between two text entries. I know based on my experience and training that photos shared on Instagram through the direct messaging feature are only viewable by the parties one or two times before they are inaccessible.  I also know that Instagram does not capture or retain photos shared in this manner.  In the beginning of the conversation, the dialogue focuses around age, wherein SUB1 states that his name is "David" and that he is 24. VIC1 jokes that she is the same age, to which SUB1 replies, "I only like talking to younger girls." Minor #1 then states that she is 12 and later tells SUB1 that she is 8. The true age of Minor #1 at the time of the conversation was 8 years old. SUB1 requests Minor #1 to take a photo of her face, which she appears to do.

SUB1 reciprocates; he appears to send a photo of himself. (Affiant Note: The screenshots indicate a photo was sent through the Instagram direct messaging tool by inserting a "Photo" icon into the text thread.) SUB1 asks if they can be best friends and if she likes him. He asks if they can be secret boyfriend and girlfriend. Once a short friendship is established between SUB1 and Minor #1, SUB1 begins to make specific requests of sexually explicit content.

22. From the screenshot images, the portions of the dialogue are as follows. All portions occurred on November 27, 2019 (Minor #1 is identified VIC 1 in the excerpts below):

| | |
|---|---|
| SUB1 | "Can I ask you something really personal" |
| VIC1 | "Sure" |
| SUB1 | "Are you wearing any cute undies" |
| VIC1 | "There white" |
| SUB1 | "Cute wish I could see" |
| VIC1 | "Same" |
| SUB1 | "Can you try and show" |
| VIC1 | "No sis will see" |
| SUB1 | "Please" |
| VIC1 | "Fine" |
| SUB1 | "I love you" |
| VIC1 | "I love you to" |
| SUB1 | "You more" |
| VIC1 | (Heart face emoji)(Heart face emoji) |
| VIC1 | (Insertion of a "Photo" icon, indicating a photo was sent by VIC1) |
| VIC1 | "Sorry it was blurry" |
| SUB1 | "They are so cute I love the Sunday" |
| VIC1 | (several heart, kissing, and laughing emojis inserted) |
| SUB1 | "Would you snuggle with me" |
| VIC1 | "Should I" |
| SUB1 | "It's up to you" |
| VIC1 | (maybe face emoji) |
| VIC1 | "Of course" |
| VIC1 | "Got you" |
| SUB1 | Would you wear shirt and undies or just undies" (shocked face emoji) |
| VIC1 | (Heart) "Shirt and undies" |
| SUB1 | "Yea" |

23. The conversation continues by SUB1 suggesting and asking if they would ever get dressed together and if Minor #1 needed help taking a bath. Minor #1 asks if SUB1 wants to make out. The communication ensues as follows:

| | |
|---|---|
| SUB1 | "Can I see more of your cute undies bae" |
| SUB1 | "Is that ok bae" |

| VIC1 | "Hey bae" |
|------|-----------|
| VIC1 | (Insertion of a "Photo" icon, indicating a photo was sent by VIC1) |
| SUB1 | "Where you live" |
| SUB1 | "So cute" |
| SUB1 | "Arkansas what about you" |
| VIC1 | "Buffalo" |
| SUB1 | "I love the pink on the top" |
| VIC1 | "Thanx bae if I was with you I would kiss the heck out of you" |
| SUB1 | "This is our secret right" |
| SUB1 | "Same" |
| VIC1 | "Yeah" |
| SUB1 | "Can I ask you something bae" |
| VIC1 | (Heart face emoji) |
| SUB1 | (Kissing face emoji, boy and girl kissing emoji, boy and girl heart emoji) |
| VIC1 | "Of course" |
| SUB1 | "Can I see the inside of your undies" |
| SUB1 | "Is that ok" |
| VIC1 | "Ok it's a little hairy pls don't make fun" |
| VIC1 | (Worried face emoji) |
| SUB1 | "Ok promise" |
| SUB1 | "Your my bae" |
| VIC1 | "Ok" |
| SUB1 | "I love you" |
| VIC1 | (Insertion of a "Photo" icon, indicating a photo was sent by VIC1) |
| SUB1 | "Cute" |
| SUB1 | "I love it" |
| VIC1 | "Can you show me yours" |
| SUB1 | "Yea can you open legs so I can see all of it" |
| SUB1 | "Then I'll show ok baby girl" |
| VIC1 | "Ok love you" |
| SUB1 | "Love you more" |
| VIC1 | "We're stopping so right after" |
| SUB1 | "Ok" |

24. There is a break in the conversation where SUB1 does not respond and Minor #1 is sending several texts and worried that SUB1 is mad or breaking up with her. He eventually reengages in the conversation stating he had to run a few errands.

| SUB1 | "Can I see the picture now" |
|------|-----------------------------|
| VIC1 | "Can I see you" |
| VIC1 | (Three worried face emojis) |
| SUB1 | "Yea" |
| VIC1 | "Please" |
| VIC1 | "Really" |
| VIC1 | (Four heart face emojis) |

| VIC1 | "I love you bae I knew you were always sexy" |
|---|---|
| SUB1 | "Yea can I see your private" |
| SUB1 | "Same" |
| VIC1 | (Thumbs up icon) |
| SUB1 | "Love you" |
| VIC1 | "You are so sexy" |
| SUB1 | "Same" |
| VIC1 | "So you ready" |
| SUB1 | "Yea bae" |
| VIC1 | "Ok" |
| VIC1 | "My mom almost" |
| VIC1 | "Ok let's do this" |
| SUB1 | "Ok bae" |
| VIC1 | (Insertion of a "Photo" icon, indicating a photo was sent by VIC1) a heart and profile of SUB1 appeared below the photo indicating that SUB1 "liked" the photo |
| VIC1 | "Show me yours" |
| SUB1 | "Ready bae" |
| VIC1 | "Yeah" |
| SUB1 | (Insertion of a "Photo" icon, indicating a photo was sent by SUB1) a heart and profile of VIC1 appeared below the photo indicating that VIC1 "liked" the photo |
| SUB1 | (surprised face emoji) |
| VIC1 | "Sexy" |
| SUB1 | "Thanks can I see more" |
| VIC1 | "Since I am sitting that's the deepest I can go) |
| SUB1 | "It's ok" |
| SUB1 | "Can I see more of that" |
| VIC1 | "Another one" (two heart face emojis) |
| VIC1 | "Let get sexy" |
| SUB1 | "Ok" |
| SUB1 | "I love you" |

25. Minor #1 asks if SUB1 can travel to North Carolina where she was to make out with SUB1 face to face.

| SUB1 | "What do you call your private" |
|---|---|
| VIC1 | "Period" |
| SUB1 | "Ok have you had one of those yet" |
| VIC1 | "Not yet why" |
| SUB1 | "Just wondering" |
| VIC1 | "Can you I will strip just for you" |
| VIC1 | (Two heart face emojis) |
| SUB1 | "Ok" |
| SUB1 | "Can I see what you look like without a shirt on" |
| VIC1 | "When you come" |
| SUB1 | "Can I see a little now bae" |
| VIC1 | (Insertion of a "Photo" icon, indicating a photo was sent by VIC1) |

| SUB1 | "Cute can I see your chest" |
| SUB1 | "Is that ok" |
| VIC1 | (Insertion of a "Photo" icon, indicating a photo was sent by VIC1) |
| VIC1 | "There" |
| SUB1 | "That's your belly not your chest" |
| VIC1 | (Silly face emoji) |
| VIC1 | "Sorry" (plain face emoji) |
| SUB1 | "It's ok sweetheart" |
| VIC1 | (Insertion of a "Photo" icon, indicating a photo was sent by VIC1) |
| VIC1 | "That's my chest" |
| SUB1 | "I love it bae" |
| VIC1 | "When you gonna be hear" |
| SUB1 | "Idk" |
| VIC1 | "Oh" |
| SUB1 | "Do you ever play with your private" |
| VIC1 | "Sometimes" |
| SUB1 | "Have you ever put anything inside" |
| VIC1 | "No not yet" |
| SUB1 | "It's ok" |
| SUB1 | "I still love you" |

| VIC1 | "You are really sexy" |
| SUB1 | "Same wish I could see more of your cute private" |
| VIC1 | "Are you in school" |
| SUB1 | "Nope what grade are you in" |
| VIC1 | "4th you still love me right" |
| SUB1 | "Of course" |
| VIC1 | "I am so excited to see you bae" |
| SUB1 | "Same" |
| VIC1 | "Wanna video chat" |
| SUB1 | "Can I see another picture of your sexy private" |
| VIC1 | "Ok" |

26. SUB1 and Minor #1 discuss a song that Minor #1 has recorded and together they decide to video chat to see each other. Minor #1 asks for instruction on how to kiss, stating she has never kissed anyone before. The conversation about kissing leads to further discussion about sex.

| VIC1 | "Got any sexy questions" |
| SUB1 | "Would we ever have" (surprise face emoji) |
| VIC1 | "Have what" |
| SUB1 | "Sex" (surprise face emoji) |
| VIC1 | "Yes" |
| SUB1 | "Hope it fits" |

7

| | |
|---|---|
| VIC1 | "What do you mean" |
| SUB1 | "Would my private fit" |
| VIC1 | "Yeah" |
| VIC1 | "Any more" |
| SUB1 | "I really wana see yours more" |
| VIC1 | "I can ask you question" |
| SUB1 | "Ok" |
| VIC1 | "How sexy can you get explain" |
| VIC1 | "Bae" |
| SUB1 | "Explain what" |
| VIC1 | "How sexy can you get" |
| SUB1 | "You first" |
| VIC1 | "Like take of all clothing and kiss all over" |
| SUB1 | "Yea" |
| VIC1 | "What do you look like having sex can you show me" |
| SUB1 | "Idk" |
| VIC1 | "Can you show me an image" |
| SUB1 | "Ok" |
| VIC1 | (Insertion of a "Photo" icon, indicating a photo was sent by VIC1) |
| SUB1 | (Insertion of a "Photo" icon, indicating a photo was sent by SUB1) |
| SUB1 | "Like that" |
| VIC1 | "I don't get it" |
| SUB1 | "That's how you have sex" |
| VIC1 | "Oh" |
| SUB1 | "Yea bad" |
| SUB1 | "Bae" |
| VIC1 | (Insertion of a "Photo" icon, indicating a photo was sent by VIC1) |
| VIC1 | "That's me" |
| SUB1 | "Cute wish you could pull down more" |

27. During the FBI TFO's review of the cell phone, he also looked for pictures that had been sent by Minor #1 to SUB1. One of the photos stored on the phone was a "selfie" which appeared to have been taken by VIC1 in a sitting position with the phone positioned near her neck and the camera facing down. The photo showed a bare belly area and pubic area. The pants and underwear had been pulled down toward Minor #1's knees. Her legs were closed and the nude pubic area was visible. As the child's thighs were pressed together in the image, the labia majora was not visible. Hence, the child's labia minora and the opening of the vagina likewise were not visible in the image. No pubic hair was present. However, details about the photo indicated the photo was created on November 26, 2019. I have not personally reviewed the image found on the phone, but the details of the image were provided to me by the FBI TFO. The TFO is a Police Detective with the Town of Cheektowaga, New York Police Department, Since August of 1989. Since June 2010, the TFO has been assigned as a Task Force Officer with the Federal Bureau of Investigation (FBI), Buffalo Field Office, Cyber Task Force, Innocent Images National Initiative, which targets individuals involved in the online sexual exploitation of children. As such, the TFO has extensive experience in the area of child pornography and child exploitation, including observing and reviewing numerous examples of child pornography in various forms of media, including computer media. No other sexually explicit images have

been observed on or recovered from Minor #1's phone. Given that this image was taken on November 26, 2019, it is unclear whether this image is related the communications between SUB1 and Minor #1.

28. On January 31, 2020, the Hon. Michael J. Roemer issued a federal search warrant in the Western District of New York to search the Instagram user account "cuteboy4110" for evidence of violations of 18 U.S.C. Sections 2251(a) and 2422(b) from November 27, 2019 to the "present", which was subsequently served on Instagram. The results of the search warrant return were received by FBI Buffalo on February 13, 2020. The results of the search warrant return were later provided to me for review.

29. On March 4, 2020, I reviewed the Instagram search warrant return material and discovered communications between SUB1 and Minor #1. These communications were consistent with and identical to the communications retrieved from Minor #1's cell phone. Although all text communications were captured by Instagram, sexually explicit photographs/video shared between Minor #1 and SUB1 were not recovered from the Instagram account. This is not unexpected, given the above-described manner in which Minor #1 and SUB1 were communicating on Instagram.

30. Additionally, review of the Instagram search warrant return material included chat messages and photos to and from SUB1 to more than 100 other Instagram users, primarily younger females under the age of 12. As further described in this paragraph, SUB1 used a technique commonly referred to as grooming to gain their trust. He communicated with numerous users, consistently stating his name was "David" and that he was 27 or 24 years old. (BENJAMIN DAVID HARBIN was actually 29 years old at the time of the conversations.) He asked the females if they wanted to be his secret friend, secret girlfriend, or secret "BFF", meaning best friend forever. He asked the females what they were wearing and asked to see a picture of it. Once comfortable sharing a picture of themselves with clothes on, SUB1 asked if they were wearing underwear underneath and what kind. He then requested to see pictures of the underwear. He progressed to ask for pictures of the girls' genitals and bare chest. He requested to have video chat sessions with them, which did occur as recorded by the Instagram log activity. The content of the video chat is not recorded or retained by Instagram. SUB1 conversed in back-and-forth text conversations, engaging in sexually explicit dialogue. He encouraged the minor females to engage in sex acts by playing with themselves, and by inserting objects such as a pencil or a marker inside their vaginas. When doing so, SUB1 requested to see photos of the sex acts or to see through live video. He encouraged his female contacts by telling them they were pretty or cute, and he told them "I love you" repeatedly.

31. SUB1 willingly reciprocated sending pictures back and forth to the minor females. He sent pictures of himself fully dressed, in his underwear, and even fully nude. He sent pictures of his erect penis to users in response to the females sending pics of their genitals and/or pubic area. In several pictures sent by SUB1 using the "cuteboy4110" Instagram account, his face is fully visible and identifiable.

32. One of the Instagram users that communicated back and forth with SUB1 was Instagram user number XXXXXXXXX43 (hereafter referred to as Minor #2). The communications between SUB1 and Minor #2 that I have reviewed occurred between November 27, 2019 and January 13, 2020. Minor #2 has not yet been identified by law enforcement. However, based on my review of photos sent by Minor #2 to SUB1, including her face and body, it is clear to me she is a prepubescent minor female under the age of 18. From the chat conversation between SUB1 and Minor #2, the following excerpts are noted (Minor #2 is referred to in these excerpts as VIC2):

33. Conversation on December 26, 2019:

| | | |
|---|---|---|
| 16:25:15 UTC | SUB1 | "What are you wearing" |
| 16:25:23 UTC | VIC2 | "Nothing" |
| 16:25:28 UTC | SUB1 | "Can I see" |
| 16:25:35 UTC | SUB1 | "Me to wanna see" |
| 16:25:44 UTC | VIC2 | "Sure" |
| 16:26:06 UTC | VIC2 | Photo ID 2207524854856730334. Affiant's description: The photo is of a prepubescent minor female lying on her back on a bed. Her face, torso, and waist are visible. She is not wearing any clothes on her upper body, showing her bare chest, and is wearing underwear. |
| 16:26:29 UTC | SUB1 | "Sexy" |
| 16:26:38 UTC | SUB1 | "Can I see your sexy undies to" |
| 16:26:47 UTC | VIC2 | "Sure" |
| 16:27:00 UTC | VIC2 | Photo ID 2207525514151177696. Affiant's description: The photo is of a prepubescent minor female lying on her side showing a bare torso and wearing underwear. |
| 16:27:12 UTC | SUB1 | Photo ID 2207525971204425589. Affiant's description: The photo is of an adult male, showing his body from the neck down to the knees. The male's body is very hairy and fully nude with an erect penis. |
| 16:27:32 UTC | SUB1 | "Sexy you like baby" |
| 16:27:43 UTC | VIC2 | "Ok [smiley face emoji]" |
| 16:27:43 UTC | SUB1 | "Wanna see more?" |
| 16:27:50 UTC | VIC2 | "Ya" |
| 16:28:02 UTC | SUB1 | "Can I see your vj to" |
| 16:28:08 UTC | VIC2 | "Ya" |
| 16:28:22 UTC | VIC2 | Photo ID 2207526054192918253. Affiant's description: The photo is of a prepubescent minor female exposing her chest, waist, and legs down to the thigh. A pair of underwear had been removed from the pubic area and is visible hanging off of one of the minor's thighs. The pubic area is exposed, showing the female's nude pubic area; the minor child's nude labia majora are visible. No visible pubic hair growth is evident in the photo. |

| 16:28:27 UTC | SUB1 | Photo ID 2207526659447627578. Affiant's description: The photo is a close- up of an adult male's groin showing an erect penis. |
|---|---|---|
| 16:28:45 UTC | SUB1 | "Can I see more baby" |
| 16:28:55 UTC | VIC2 | "Love it [smiley face emoji]" |
| 16:29:21 UTC | VIC2 | "Sure but after this I'm watching YouTube" |
| 16:29:28 UTC | SUB1 | "Ok" |
| 16:29:38 UTC | SUB1 | "What are you going to watch" |
| 16:30:03 UTC | VIC2 | Photo ID 2207526685964197728. Affiant's description: The photo is a close-up of the nude pubic area of a prepubescent minor female.  The minor female's nude labia majora are visible.  No visible pubic hair growth is evident in the photo. |
| 16:30:28 UTC | SUB1 | "What are you going to watch babe" |
| 16:31:55 UTC | SUB1 | "Wanna video chat today" |
| 16:32:06 UTC | VIC2 | "Maybe later" |

34. The Instagram search warrant return included a log of IP addresses used by SUB1. On the date of December 26, 2019, as referenced by the aforementioned conversation between SUB1 and Minor #2, the log included 10 different login events to Instagram by SUB1. All 10 login events registered to IP address 184.166.19.255, hosted by the Internet Service Provider (ISP) Spectrum located in Grand Junction, Colorado.  I know that Spectrum is the same ISP company as Charter Communication.

35. Through a review of several conversations between SUB1 and other Instagram users, it is clear to me SUB1 is sexually interested in females under the age of 11 or 12. SUB1 does not appear to be sexually interested in minor males; when contacted by a user that informs SUB1 that he is a boy and not a girl, SUB1 ends the conversation. One example is the following conversation wherein SUB1 tells a user that her age of 17 is too old for him. The conversation took place on December 21, 2019 between SUB1 and Instagram user XXXXXXXXX92 (referred to as 17YO):

| 15:17:20 UTC | SUB1 | "Hey" |
|---|---|---|
| 15:17:30 UTC | 17YO | "Hey" |
| 15:19:00 UTC | SUB1 | "Wyd" |
| 15:19:09 UTC | 17YO | "Nothing" |

| 15:20:23 UTC | SUB1 | "Same how old are you" |
| --- | --- | --- |
| 15:21:05 UTC | 17YO | "17" |
| 15:21:56 UTC | SUB1 | "Oh thought you were younger" |
| 15:22:18 UTC | 17YO | "No how old are you" |
| 15:29:40 UTC | 17YO | "How are you I'm 17" |
| 15:32:30 UTC | SUB1 | "Bye" |
| 15:33:03 UTC | 17YO | "How old are you" |
| 15:33:27 UTC | SUB1 | "Your to old for me" |
| 15:33:45 UTC | 17YO | "How old are you" |
| 15:34:16 UTC | SUB1 | "Not saying" |

### *Identification of "SUB1" as BENJAMIN DAVID HARBIN*

36. On January 9, 2020, subsequent to a federal administrative subpoena sent to Instagram for subscriber information for the CUTEBOY4110 account, it was revealed that the account was registered on September 17, 2019, using IP address 184.166.4.77. The email address XXXXXXX345@yahoo.com was used to register the Instagram account and was confirmed by the user.

37. On January 14, 2020, a federal administrative subpoena sent to Charter Communications for IP address 184.166.4.77, determined that on September 17, 2019, IP address 184.166.4.77 was registered to Alan Harbin, 587 Village Way, Grand Junction, Colorado 81507, telephone (970) 241-9116, email address alanharbin@bresnan.net.

38. Additionally, on January 16, 2020, subsequent to a federal administrative subpoena sent to Charter Communications for telephone number (970) 241-9116, results revealed that the subscriber was Alan Harbin, 587 Village Way, Grand Junction, Colorado 81507, telephone (970) 241-9116, email address alanharbin@bresnan.net.

39. On January 22, 2020, subsequent to a federal administrative subpoena sent to Oath Holdings for email address XXXXXXX345@yahoo.com, it was determined that the subscriber was Jasmin Rendeck, telephone number (970) 985-8843, alternate email address XXXXXXitup@yahoo.com.

40. An open source database search identified telephone numbers (970) 985-8843 and (970) 241-9116 as being associated with Benjamin David Harbin, date of birth XX/XX/1990, 587 Village Way, Grand Junction Colorado 81507.

41. I searched the Colorado Crime Information Center (CCIC) database which is linked to the Colorado Division of Motor Vehicle (DMV) records and located a Colorado driver's license issued on February 5, 2016 to Benjamin David Harbin, date of birth XX/XX/1990. The address on the license is 587 Village Way, Grand Junction, Colorado 81507. There is a color photograph associated with the driver's license record.

42. On February 27, 2020, I reviewed the Sex Offender Tracking and Registration (SOTAR) database used by many counties in the state of Colorado. I found a registered offender in Mesa County under the name of Benjamin David Harbin. The picture of Harbin matches the same photos I observed of SUB1 from the above-referenced Instagram search warrant return. Additionally, I contacted the Mesa County Sex Offender Registrar and she confirmed that Harbin is an active registered offender in the county. She advised that as required by law, Harbin checked in in-person with the registrar on February 21, 2020 for his annual check-in. As part of the check-in, he confirmed his physical address of 587 Village Way, Grand Junction, Colorado 81507, and stated he lives with his father there. His father is Dwight Alan Harbin. Benjamin Harbin indicated he is unemployed.

43. The pictures obtained from the Colorado DMV and the SOTAR both match the pictures HARBIN sent of his face to Minor #2 and other minor females he communicated with on Instagram. Additionally, based on my physical observations of BENJAMIN DAVID HARBIN, he is the individual depicted in the images sent by "cuteboy4110" to Minor #2 and other minor females he communicated with on Instagram. As noted above, pictures sent by HARBIN to Minor #1 were not captured.

44. A review of the State of Colorado Judicial Courts database, I obtained the criminal record of Benjamin David Harbin. He was convicted and sentenced in Mesa County, Colorado on May 15, 2018 for violation of Colorado Revised Statute 18-6-403(3)(b.5) – Sexual Exploitation of a Child, Possession of Sexually Exploitative Material, a Class 5 Felony. He was sentenced to a 10-year period of probation and was ordered to register as a sex offender.

### *Instagram Communications with a 7-year-old minor in Washington State*

45. On March 12, 2020, I spoke with Detective Greg Humphrey, Spokane County Sheriff's Office (SCSO) in Washington State. He advised his office was investigating Benjamin Harbin for contact through Instagram with an identified 7-year-old girl who is a resident in Spokane County. The investigation began after an individual using the Instagram account "david_boo1235" contacted the 7-year-old girl through Instagram. The minor disclosed that Instagram user "david_boo1235" befriended her and asked about seeing her underwear. The user repeatedly asked her to take a picture of her underwear and the minor ultimately took one picture of herself wearing pajama bottoms and sent it to the user. The minor stated her phone battery died and she had to plug it in. A short time later, her father retrieved the phone from the charger and reviewed it and discovered the conversation with the Instagram user "david_boo1235". The father then contacted SCSO.

46. Detective Humphrey obtained a state search warrant of Instagram account "david_boo1235" and determined the account was registered on August 15, 2019, with the email address of XXXXXXitup@yahoo.com. As referenced herein, this email is also associated with email XXXXXXX345@yahoo.com, which is connected with a phone number associated with Benjamin David Harbin. I have reviewed the search warrant return associated with the "david_boo1235" Instagram account obtained by the SCSO and shared with the FBI. In summary the search warrant return material included chat messages and photos to and from the individual utilizing the "david_boo1235" Instagram account, primarily communications with younger females under

the age of 12.  The contents of the communications were consistent with those contained in the "cuteboy4110" Instagram account.

47. I have reviewed screenshot images of the 7-year-old minor's cell phone which were captured by SCSO and stored in evidence. The communications were also contained in the state search warrant return material. The communication spanned December 21, 2019 through January 3, 2020.  In brief summary, after the minor child identifies herself as being 7 years old, "david_boo1235" asks her for pictures of herself in her pajamas, which she appears to send (as with Minor #1 above, the pictures themselves are not present in the Instagram search warrant returns.  He asks her to describe her underwear and asks "Can I see?".  When she does not comply, he asks "Can I see a little bit?".  When she states that her dad is sleeping, he writes "Can I see just a little bit while he's a sleep"?  He then reaches out to her account four times after January 3, 2020. The Instagram search warrant return included a log of IP addresses used by SUB1. Between the dates of December 21, 2019 and January 3, 2020, the log included 44 different login events to Instagram by SUB1. All 10 login events registered to IP address 184.166.19.255, hosted by the Internet Service Provider (ISP) Spectrum located in Grand Junction, Colorado.  I know that Spectrum is the same ISP company as Charter Communication.

48. As part of SCSO's investigation, Detective Humphrey contacted a person who identified himself as Benjamin Harbin via telephone and conducted a telephonic interview. Detective Humphrey did not provide verbal Miranda warnings as Harbin was not in custody and he was free at any time to end the call by hanging up. Harbin denied having a cell phone and using the computer as he stated it was against his conditions of probation. Harbin also denied using Instagram.  He did confirm the email of XXXXXXitup@yahoo.com to belonged to him, but stated he hadn't used the email in a few years. During the call, Harbin's mother, Tina Harbin, interjected on the call and confirmed that Harbin lives with his father at 587 Village Way, Grand Junction, CO. She stated there is a desktop computer at the residence but Harbin was not allowed to use it due to his current conditions of probation.

49. Due to the disclosure of the 7-year-old minor to the SCSO, Detective Humphrey contacted the probation officer assigned to Harbin in Mesa County, Colorado and advised her of Harbin's conduct. Based on the reported conduct, the probation officer requested an arrest warrant from the state district judge for the crime of probation violation. Harbin was arrested on March 3, 2020 without incident. As a result of his Initial Appearance, he was released on the posting of a $1,000 bond paid and a personal recognizance promise to appear. The judge also ordered Harbin to be supervised 24/7 by either his mother or father. A hearing for revocation of probation is currently pending for April 17, 2020.

50. On March 25, 2020, I spoke with Mesa County Probation Officer Candice Dow who is assigned to oversee the probation of Harbin. Dow stated Harbin lives at his father's house, 587 Village Way, Grand Junction, Colorado 81507, where he has his own bedroom and all of his personal belongings. He sleeps there every night. Because he was ordered to have 24/7 supervision by one of his parents, he spends time with his mother at her house when his father is at work during the day. Mother and father are divorced and live at separate houses. Dow further advised that his arrest on March 5, 2020, stemmed from discovered use of social media as related to the investigation in Washington State by the SCSO. She advised that Harbin previously had various employment jobs working for contractors and had an income. When she discussed the Washington State investigation involving the 7-year-old minor, Harbin told her he got rid of the phone. She stated that his mother and father conducted a search of the house and could not find a phone. Dow stated she knows there is a computer at the 587 Village Way residence but stated father changes the password regularly and Harbin is not allowed to use any computer without in-person supervision.

51. On March 26, 2020, the Hon. N. Reid Neureiter issued a federal premises search warrant for 587 Village Way, Grand Junction, Colorado 81507 for certain items that constitute evidence of the commission of, contraband, the fruits of crime, or instrumentalities of violations of Title 18, United States Code, Sections 2251(a) and (e), 2252(a)(2) and (4), 2252A(a)(2), (3), and (5), and 2422(b).

52. On March 27, 2020, I contacted BENJAMIN DAVID HARBIN at his mother's home. BENJAMIN DAVID HARBIN declined to speak with me without an attorney present.

53. On March 27, 2020, the premises search warrant was executed at 587 Village Way, Grand Junction, Colorado 81507. The above-referenced computer was recovered during the search warrant execution. A Nintendo PlayStation 4 gaming console was recovered BENJAMIN DAVID HARBIN's bedroom at the home where he lives with his father. No further digital storage devices were recovered. However, a receipt for a prepaid AT&T Radiant cell phone, purchased on January 17, 2020 was recovered. A prepaid AT&T card used for paying for calling time and/or data was recovered from BENJAMIN DAVID HARBIN's bedroom. It was located in the box spring mattress; the cloth on the box spring had been cut and the card was tucked inside the box spring mattress. Additionally, a box for an Apple iPad Pro was recovered from BENJAMIN DAVID HARBIN's bedroom. Two Apple lightening charging cords, along with an Apple card which allows one to make purchases from Apple, were also recovered.

54. BENAJMIN DAVID HARBIN's father confirmed that BENJAMIN DAVID HARBIN has not traveled outside of the District of Colorado in several years.

55. Based on my experience and training, I have learned that the Internet is a means and facility of interstate and foreign commerce.

## CONCLUSION

56. Based on the investigation described above, I believe that there is probable cause to believe that the defendant, Benjamin David Harbin, has committed violations of Title 18, United States Code, Sections 2251(a) and (e) and 2422(b).

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

*s/ Alex J. Zappe*
Alex J. Zappe, Special Agent
Federal Bureau of Investigation (FBI)

SUBSCRIBED and SWORN before me this 27th day of March, 2020

*N. Reid Neureiter*
UNITED STATES MAGISTRATE JUDGE

Affidavit Reviewed and submitted by Alecia L. Riewerts, Assistant United States Attorney.

15