# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-164-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BENJAMIN DAVID HARBIN,

    Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

Between on or about November 27, 2019 and December 3, 2019, in the State and District of Colorado and elsewhere, BENJAMIN DAVID HARBIN, defendant herein, did employ, use, persuade, induce, entice, and coerce a person under the age of 18 years, to wit: "Minor #1," a minor child, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign

commerce by any means, including by computer, and which visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and attempted to do so.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2

Between on or about November 27, 2019 and December 3, 2019, in the State and District of Colorado and elsewhere, BENJAMIN DAVID HARBIN, defendant herein, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice and coerce an individual who has not attained the age of 18 years, to wit: "Minor #1," a minor child, to engage in sexual activity for which any person can be charged with a criminal offense, and attempted to do so.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT 3

Between on or about November 15, 2019 and January 13, 2020, in the State and District of Colorado and elsewhere, BENJAMIN DAVID HARBIN, defendant herein, did employ, use, persuade, induce, entice, and coerce a person under the age of 18 years, to wit: "Minor #2," a minor child, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce,

which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and attempted to do so.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## **COUNT 4**

Between on or about November 15, 2019 and January 13, 2020, in the State and District of Colorado and elsewhere, BENJAMIN DAVID HARBIN, defendant herein, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice and coerce an individual who has not attained the age of 18 years, to wit: "Minor #2," a minor child, to engage in sexual activity for which any person can be charged with a criminal offense, and attempted to do so.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT 5

Between on or about November 15, 2019 and January 13, 2020, in the State and District of Colorado, BENJAMIN DAVID HARBIN, defendant herein, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce and that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

A TRUE BILL:

<u>Ink signature on file in the Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney

By:  *s/ Alecia L. Riewerts*
Alecia L. Riewerts
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0401
E-mail:  Alecia.Riewerts@usdoj.gov
Attorney for Government