**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00164-CMA-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  BENJAMIN DAVID HARBIN,

    Defendant.

---

**UNITED STATES' RESPONSE TO THE
PRESENTENCE INVESTIGATION REPORT**

---

The United States of America ("the government"), by and through United States Attorney for the District of Colorado Cole Finegan and Assistant United States Attorney Alecia L. Riewerts, respectfully submits the following objection and clarification to the draft Presentence Investigation Report ("PSR") [ECF #74]:

<u>Paragraphs 54-56, 64-66, and 74-76:</u>

The government objects to the application of USSG §3B1.4.  The guidelines manual states that a two-level increase applies "[i]f the defendant used or attempted to use a person less than eighteen years of age to commit the offense or assist in avoiding detection of, or apprehension for, the offense."  USSG §3B1.4.  An Application Note instructs that this increase is not to be applied "if the Chapter Two offense guideline incorporates this factor."  USSG §3B1.4, comment. (n.2).  Here, the applicable Chapter Two offense guideline clearly incorporates the minor status of the victim of the offense

1

conduct. The Chapter Two offense guideline for Coercion and Enticement, a violation of 18 U.S.C. § 2422(b), states in pertinent part "[i]f . . . the offense involved a minor who had not attained the age of 12 years, increase by 8 levels." USSG §2G1.3(b)(5). Therefore, the minor status of the victim, which is part and parcel of the criminal conduct, is clearly accounted for in the Chapter Two offense guideline and the two-level increase described in USSG §3B1.4 should not be applied.

Paragraph 126 n.2:

Justice for Victims of Trafficking Act of 2015: The Justice for Victims of Trafficking Act (JVTA) directs that the Court impose a $5,000 assessment on any "non-indigent" defendant convicted of a child pornography offense. 18 U.S.C. § 3014. The government wishes to clarify that H.R. 1437 was signed into law on December 16, 2022, which extended the JVTA until December 23, 2022. On December 23, 2022, H.R. 4373 was signed, which extended the JVTA until December 30, 2022 (however, according to congress.gov, H.R. 4373 was signed on December 23, 2022, but it didn't become law until December 27). Finally, the FY 2023 Consolidated Appropriations Act (i.e., Omnibus Bill), H.R. 2617, was signed into law on December 29, 2022. This extended the JVTA from December 23, 2022, to December 23, 2024.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

        By: *s/ Alecia L. Riewerts*
        ALECIA L. RIEWERTS
        Assistant United States Attorney

United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0401
Email: Alecia.Riewerts@usdoj.gov
Attorney for Government

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2022, I electronically filed the foregoing **UNITED STATES' RESPONSE TO THE PRESENTENCE INVESTIGATION REPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

**Douglas Ivan Richards**
**Email:  doug@richardscarrington.com**

                                                   By:  *s/ Alecia L. Riewerts*
                                                   ALECIA L.  RIEWERTS
                                                   Assistant United States Attorney
                                                 United States Attorney's Office
                                                 1801 California St., Suite 1600
                                                 Denver, Colorado 80202
                                                 Telephone: (303) 454-0100
                                                 Facsimile: (303) 454-0401
                                                 Email: Alecia.Riewerts@usdoj.gov
                                                 Attorney for Government