IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00164-CMA-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BENJAMIN DAVID HARBIN,

    Defendant.

**UNITED STATES' MOTION UNDER U.S.S.G. 3E1.1(b) FOR 1-LEVEL REDUCTION IN DEFENDANT'S OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Alecia L. Riewerts, respectfully moves for an additional one-level reduction in defendant Benjamin David Harbin's offense level pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines. Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

//

//

//

//

//

Respectfully submitted,

Cole Finegan
United States Attorney

*s/ Alecia L. Riewerts*
By: Alecia L. Riewerts
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: Alecia.Riewerts@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

       I hereby certify that on this 7th day of March, 2023, I electronically filed the foregoing **UNITED STATES' MOTION UNDER U.S.S.G. 3E1.1(b) FOR 1-LEVEL REDUCTION IN DEFENDANT'S OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

**Douglas I. Richards**
**Email:  doug@richardscarrington.com**

*s/ Alecia L. Riewerts*
By: Alecia L. Riewerts
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail:  Alecia.Riewerts@usdoj.gov
Attorney for Government