IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cr-00164-CMA-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     BENJAMIN DAVID HARBIN,

    Defendant.

## UNITED STATES' MOTION TO DISMISS
## THE INDICTMENT AT TIME OF SENTENCING

As contemplated by the parties' Plea Agreement, the United States of America ("the government"), by Cole Finegan, United States Attorney for the District of Colorado, and Alecia L. Riewerts, Assistant United States Attorney, respectfully moves to dismiss the Indictment at the time of sentencing. When considered together with the entirety of the Plea Agreement, the government submits that the count of Coercion and Enticement contained in the Information [ECF #69] adequately reflect the seriousness of the actual offense behavior and that the dismissal of the Indictment will not undermine the statutory purposes of sentencing or the sentencing guidelines. *See* U.S.S.G. § 6B1.2(a).

Dated this 7th day of March, 2023.

            Respectfully submitted,

            COLE FINEGAN
            United States Attorney

            By:  *s/Alecia L. Riewerts*
            ALECIA L. RIEWERTS
            Assistant United States Attorney
            United States Attorney's Office
            1801 California St., Ste. 1600
            Denver, Colorado 80202
            Telephone: (303) 454-0100
            Email: Alecia.Riewerts@usdoj.gov
            Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of March, 2023, I electronically filed the foregoing **UNITED STATES' MOTION TO DISMISS THE INDICTMENT AT TIME OF SENTENCING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

**Douglas I. Richards**
**Email:  doug@richardscarrington.com**

                                                       By:  *s/Alecia L. Riewerts*
                                                       ALECIA L. RIEWERTS
                                                       Assistant United States Attorney
                                                       United States Attorney's Office
                                                       1801 California St., Ste. 1600
                                                       Denver, Colorado 80202
                                                       Telephone: (303) 454-0100
                                                       Email: Alecia.Riewerts@usdoj.gov
                                                       Attorney for Government