IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00164-CMA-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     BENJAMIN DAVID HARBIN,

    Defendant.

## UNITED STATES' RESPONSE TO DEFENDANT'S OBJECTION TO PRESENTENCE INVESTIGATION REPORT

The United States of America ("the government"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Alecia L. Riewerts, respectfully submits this response to defendant Benjamin David Harbin's "Objection to Presentence Investigation Report" [ECF #75]. This response addresses the objections in the order contained in the defendant's pleading.

**Paragraph 96:** The government does not object to the inclusion of this correction in the Presentence Investigation Report.

**Paragraph 111:** The government does not object to the inclusion of this correction in the Presentence Investigation Report.

**Objection to Probation's two-point upward adjustment to the offense level under USSG §3B1.4:** As described in the "United States' Response to the

Presentence Investigation Report" [ECF #76], the government likewise objected to the application of USSG §3B1.4.  The government agrees that the two-level increase described in USSG §3B1.4 should not be applied.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By:    *s/ Alecia L. Riewerts*
        ALECIA L. RIEWERTS
        Assistant United States Attorney
        United States Attorney's Office
        1801 California St., Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Email: Alecia.Riewerts@usdoj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2023, I electronically filed the foregoing **UNITED STATES' RESPONSE TO DEFENDANT'S OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

    Douglas I. Richards
    Email:  doug@richardscarrington.com

                              By:  *s/ Alecia L. Riewerts*
                              ALECIA L.  RIEWERTS
                              Assistant United States Attorney
                              United States Attorney's Office
                              1801 California St., Suite 1600
                              Denver, Colorado 80202
                              Telephone: (303) 454-0100
                              Email: Alecia.Riewerts@usdoj.gov
                              Attorney for Government